UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DONNA SPINA,

                      Plaintiff,                      **ORDER**

      -against-                      22 Civ. 6438 (AEK)

WHOLE FOODS MARKET GROUP, INC.

                      Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed by the Mediator that the parties have reached an agreement on all issues in this matter.  ECF No. 28.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order.  Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: April 18, 2024
       White Plains, New York

                                                                    _____
                                                                    ANDREW E. KRAUSE
                                                                    United States Magistrate Judge